UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PEDRO A. ABUDA | * | NO: 2:21-cv-02494 |
| | * | |
| VERSUS | * | SECTION: |
| | * | |
| PATRIOT CONTRACT SERVICES, LLC | * | MAGISTRATE: |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SEAMAN'S COMPLAINT FOR DAMAGES

The Complaint of **PEDRO A. ABUDA,** a person of the full age of majority, respectfully represents:

**I.**

Defendant, **PATRIOT CONTRACT SERVICES, LLC**, a domestic corporation registered to do business within the State of California, and with its principle place of business in the State of California, is indebted unto Plaintiff for all damages to which he is entitled to receive as prayed for herein, together with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings for the following, non-exclusive, acts of negligence, as more specifically set forth below.

**II.**

Jurisdiction of this Court is invoked under the Jones Act, General Maritime Law and Diversity.

**III.**

On or about February 19, 2020, **PEDRO A. ABUDA** was employed by **PATRIOT CONTRACT SERVICES, LLC** as a Jones Act Seaman aboard the M/V SLNC PAX.

1

IV.

At all pertinent times hereto **PATRIOT CONTRACT SERVICES, LLC** owned, operated and/or controlled the M/V SLNC PAX which was at all pertinent times a vessel in navigation.

V.

On or about February 19, 2020, while employed by **PATRIOT CONTRACT SERVICES, LLC.**, Plaintiff **PEDRO A. ABUDA** fell while working near the oily tank of the M/V SNLC PAX to clean up materials which the Chief Mate had left for several days and should have been cleaned earlier. Plaintiff landed on his back, resulting in serious and painful injuries to his ribs, back and other parts of his body

VI.

On information and belief, Plaintiff alleges that the sole and proximate cause of the above-described accident was the negligence of **PATRIOT CONTRACT SERVICES, LLC** in the following, non-exclusive respects:

1. Breach of a legally imposed duty of reasonable care owed by Defendant to Plaintiff;
2. Failure to provide a reasonably safe place to work;
3. Failure to properly train and supervise Plaintiff;
4. Failure to take any means or precautions for the safety of Defendant's employees, including Plaintiff;
5. Creation and maintenance of an unseaworthy vessel;
6. Failure to provide minimum safety requirements;
7. Failure to provide adequate equipment for the job in question;
8. Failure to provide adequate personnel for the job in question;
9. Other acts of negligence and unseaworthiness which will be shown at the trial of this

matter.

**VII.**

As a direct result of the negligence of Defendant and the unseaworthiness of the vessel, Plaintiff, **PEDRO A. ABUDA,** is entitled to recover from Defendant reasonable and just compensatory, special, and general damages as prayed for herein and to be awarded by this Honorable Court in the following non-exclusive respects:

1. Past, present and future physical, mental and emotional pain and suffering;
2. Past, present and future loss of wages, fringe benefits and wage earning capacity;
3. Past and future physical disability;
4. Past, present and future medical expenses; and
5. All other special and general damages as will be shown at the trial of this matter.

**VIII.**

Pursuant to the General Maritime Law of the United States of America, **PATRIOT CONTRACT SERVICES, LLC** had and continues to have the absolute and nondelegable duty to provide Plaintiff with maintenance and cure benefits from the date that he was rendered unfit for duty until maximum cure is achieved.

**IX.**

As a result of the aforementioned accident, Plaintiff was rendered unfit for duty and presently remains unfit and incapable of returning to duty as a seaman.

**X.**

Therefore, Plaintiff prays for the payment of past, present and future adequate maintenance benefits as well as past, present and future payment of any and all cure benefits to which Plaintiff is entitled. Should Defendant, **PATRIOT CONTRACT SERVICES, LLC,** fail to honor its maintenance and cure obligation, Plaintiff is entitled to attorney's fees, punitive

damages, and an additional compensatory award for any acts of negligence on the part of Defendant which would result in a deterioration of Plaintiff's medical condition.

## XI.

Plaintiff specifically alleges a claim for punitive damages against the defendant herein based upon General Maritime Law. This claim relates not only to any arbitrary and/or unreasonable failure of Defendant to pay maintenance and cure benefits but also for any gross negligence of Defendant, or unseaworthiness of the vessel as may be allowed under General Maritime Law.

## XII.

Plaintiff prays for a trial by jury on all issues raised herein.

**WHEREFORE,** Plaintiff prays that Defendant **PATRIOT CONTRACT SERVICES, LLC** be duly cited to appear and answer this Complaint and, after the legal delays and due proceedings are had, there be Judgment herein in favor of Plaintiff, **PEDRO A. ABUDA,** and against Defendant, **PATRIOT CONTRACT SERVICES, LLC,** for all damages to which Plaintiff is entitled to recover for the reasons set forth herein, together with legal interest thereon from date of judicial demand until paid, for payment of all costs, including expert fees, and for all other general and equitable relief.

FURTHERMORE, Plaintiff prays that Defendant, **PATRIOT CONTRACT SERVICES, LLC,** be cast in judgment in favor of Plaintiff for past, present, and future adequate maintenance benefits, as well as past, present, and future payment of any and all cure benefits to which Plaintiff is entitled by law and penalties and additional damages if applicable.

Respectfully Submitted,

*/s/Stephen Mitchell*
STEPHEN MITCHELL
The Mitchell Firm
One America Plaza
600 W. Broadway, Unit 920
San Diego, CA 92110
Tel: (312) 782-4131
Email: stephen@mitchellatlaw.com

5