Nicholas J. Neidzwski, CSB No. 273020
ANDERSON CAREY WILLIAMS & NEIDZWSKI, LLP
23 Bellwether Way, Suite 101
Bellingham, WA 98225
Telephone: (360) 671-6711
Fax: (360) 647-2943
E-mail: nick@boatlaw.com
Attorneys for Plaintiff
PEDRO A. ABUDA

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEDRO ABUDA**<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**PATRIOT CONTRACT SERVICES, LLC**<br><br>　　　　　　　　Defendant. | Case No.: 2:21-cv-02494 MRW<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>**MAGISTRATE JUDGE MICHAEL WILNER** |

　　　On June 15, 2022, Plaintiff notified the Court that a settlement was reached between Plaintiff and Defendant Patriot Contract Services, LLC. That settlement has now been finalized.

　　　IT IS STIPULATED between Plaintiff and Defendant that the entire action against Defendant Patriot Contract Services, LLC is dismissed with prejudice and without costs or fees to any party.

Based upon the parties' stipulation:

　　　IT IS HEREBY ORDERED AND ADJUDGED that the entire action against

Page 1 – **STIPULATED JUDGMENT OF DISMISSAL**

**ANDERSON CAREY**
**WILLIAMS & NEIDZWSKI**
23 Bellwether Way, Suite 101
Bellingham, Washington  98225
(360) 671-6711  -  Fax (360) 647-2943

Defendant Patriot Contract Services, LLC is dismissed with prejudice and without costs or fees to any party.

    ORDERED this  25  day of  July   2022.

 

_____
Honorable Michael R. Wilner

STIPULATED AND SUBMITTED BY:

| **GORDON REES SCULLY MANSUKHANI, LLP** | **ANDERSON CAREY WILLIAMS & NEIDZWSKI, LLP** |
|---|---|
| /s/Andrew Port  <br>Andrew I. Port  <br>James F. Kuhne, Jr.  <br>275 Battery Street, Suite 2000  <br>San Francisco, CA 94111  <br>Telephone: (415) 875-3157  <br>aport@grsm.com  <br>jkuhne@grsm.com  <br>Fax: (415) 986-8054  <br>Attorneys for Defendant  <br>PATRIOT CONTRACT SERVICES, LLC | /s/ Nicholas Neidzwski  <br>Nicholas J. Neidzwski, CSB #273020  <br>23 Bellwether Way, Suite 101  <br>Bellingham, WA 98225  <br>Telephone: (360) 671-6711  <br>nick@boatlaw.com  <br>Fax: (360) 647-2943  <br><br>Attorneys for Plaintiff  <br>PEDRO A. ABUDA |

Dated this 25th day of July, 2022.

Page 2 – **STIPULATED JUDGMENT OF DISMISSAL**

**ANDERSON CAREY**  
**WILLIAMS & NEIDZWSKI**  
23 Bellwether Way, Suite 101  
Bellingham, Washington  98225  
(360) 671-6711  -  Fax (360) 647-2943

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July 2022, I served the preceding document to the below addressees by the methods indicated below:

[ ] Mailing with postage prepaid
[ ] Email
[ ] Hand delivery
[ ] Facsimile
[X] Electronic filing

Andrew I. Port
James F. Kuhne, Jr.
Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3157
aport@grsm.com
jkuhne@grsm.com
Fax: (415) 986-8054

Attorneys for Defendant
PATRIOT CONTRACT SERVICES, LLC

ANDERSON CAREY WILLIAMS & NEIDZWSKI

Dated this 25th day of July 2022, in Bellingham, WA,

/s/ Rebecca Ogden
Rebecca Ogden, paralegal